UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN SANCHEZ VARELA,<br><br>Petitioner,<br><br>v.<br><br>CURRENT OR ACTING FIELD OFFICE DIRECTOR OF S.F. OFFICE FOR ICE, et al.,<br><br>Respondents. | Case No.  26-cv-07850-RFL<br><br>**ORDER DENYING REQUEST FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND *SUA SPONTE* TRANSFERRING CASE**<br><br>Re: Dkt. No. 1 |

Petitioner has been detained at California City, IPC, for over one month.  He filed a petition for writ of habeas corpus seeking his immediate release or the scheduling of a hearing before an immigration judge.  He also seeks the entry of a temporary restraining order.  California City, IPC, is located in Kern County which is within the jurisdiction of the United States District Court for the Eastern District of California.  *See* 28 U.S.C § 84.  This Court therefore lacks jurisdiction over this action.  *See Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024) ("[C]ore habeas petitions must be filed in the district of confinement.").  Accordingly, the request for entry of a temporary restraining order is **DENIED WITHOUT PREJUDICE**, and this action is **TRANSFERRED** to the United States District Court for the Eastern District of California.  This Order does not first direct Petitioner to show cause why this action should not be transferred because of the urgency of the relief sought and the likely futility of any opposition to transfer.  However, this Order is without prejudice to Petitioner moving the Eastern District to transfer the case back to this Court, if he so wishes.

**IT IS SO ORDERED.**

Dated: July 29, 2026

RITA F. LIN
United States District Judge

1